# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00223-CV

**The Stromback Living Trust and Gustav M. Stromback and Viva M. Stromback, Individually and as trustees for the Stromback Living Trust, Appellants**

**v.**

**Palo Petroleum, Inc. and Indigo Company, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-06-004116, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was due in this Court on November 5, 2008 and is overdue. If an appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and appellee is not significantly injured by that failure. *See* Tex. R. App. P. 38.8(a)(1). On December 11, 2008, we sent notice to appellants that their brief was overdue and that the appeal may be dismissed if appellants did not submit a proper motion to this Court on or before December 22, 2008. To date, no brief or motion for extension of time has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   January 27, 2009